UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ARRAY SOLAR, INC.,<br><br>Defendant. | No. 1:17-cv-01198-DAD-SKO<br><br>ORDER DISMISSING CASE<br><br>(Doc. No. 7) |

On October 29, 2017, the parties filed a stipulation to an order remanding this case to Madera County Superior Court. (Doc. No. 7.) In that stipulation, the parties indicate that on October 16, 2017, the President of American Array Solar, Inc. ("American Array"), Ashraf Raoufi ("Mr. Raoufi"), had submitted a declaration attesting to the fact that American Array's principal place of business is located in Livermore, California. (Declaration of Ashraf Raoufi (Doc. No. 7-1) ¶ 1.) The parties also indicated that Mr. Raoufi confirmed in his declaration that American Array has not sold solar panel systems or installed such systems outside of California. (*Id.* at ¶ 4.) Based upon this information, the parties have indicated that they believe the court no longer has jurisdiction to hear this action.

/////

1

However, because this action was originally filed in federal court (*see* Doc. No. 1) and was not removed to this federal court from Madera County Superior Court, remand is not appropriate. Rather, given the parties' stipulation regarding the lack of jurisdiction, the court hereby dismisses this action. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 7, 2017**

_____
UNITED STATES DISTRICT JUDGE